### AUGUSTIN SAUZEDA V. THE STATE.

#### 5570.   Decided December 17, 1919.

**Murder—Notice of Appeal—Practice on Appeal.**

It is imperative under the statutes that a notice of appeal to the Court of Criminal Appeals of Texas be not only given by the appellant at the term at which his trial was had, but the same must also be entered in the minutes and so appear in the record sent to this court. Following: Lenox v. State, 55 Texas Crim. Rep., 259, and other cases, and a statement: "Notice of appeal is given," at the conclusion of the order overruling the motion for new trial is not sufficient.

Appeal from the District Court of Gonzales. Tried below before the Hon. M. Kennon, judge.

Appeal from a conviction of murder; penalty, fifty years imprisonment in the penitentiary.

The opinion states the case.

*J. T. Fly,* for appellant.

*Alvin M. Owsley,* Assistant Attorney General for the State.

LATTIMORE, JUDGE.—Appellant was convicted of murder, in the District Court of Gonzales County, and his punishment assessed at fifty years confinement in the penitentiary.

Our statutes and decisions plainly make it imperative, in order to perfect an appeal, that a notice of appeal to the Court of Criminal Appeals of Texas, be not only given by the appellant at the term at which his trial was had, but the same must also be entered in the minutes, and so appear in the record sent to this Court. Lenox v. State, 55 Texas Crim. Rep., 259; Raines v. State, 68 Texas Crim. Rep., 605, 151 S. W. Rep., 811; Rios v. State, 76 Texas Crim. Rep., 364, 174 S. W. Rep., 1050.

An examination of this record discloses that at the conclusion of the order overruling the motion for a new trial, there appears the following statement: "Notice of appeal given." But whether such notice be to this court, or to some other, does not appear; nor is it anywhere shown that any notice of appeal was entered of record, or carried into the minutes of the trial court.

For such reason, this Court is without jurisdiction, and this appeal must be dismissed.

*Dismissed.*